NUMBER 13-03-343-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________________


IN THE MATTER OF A.R.P., A JUVENILE

________________________________________________________________


On appeal from the County Court at Law No. 5 


of Nueces County, Texas.


________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Hinojosa, Yanez, and Garza


Opinion Per Curiam


 Appellant, A.R.P., A JUVENILE, perfected an appeal from a judgment entered
by the County Court at Law No. 5 of Nueces County, Texas, in cause number 02-JUV-494. After the record was filed, appellant filed a motion to dismiss the appeal. In the
motion, appellant states that he no longer wishes to prosecute this appeal. Appellant
requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM


Opinion delivered and filed this

the 2nd day of October, 2003.